**Order entered July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00537-CV

### JOSEPH ASHMORE, JR., ET AL., Appellants

### V.

### JMS CONSTRUCTION, INC., ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-13260

## ORDER

The Court **GRANTS** appellant Joseph Ashmore, Jr.'s June 16, 2016 emergency motion for reconsideration. The Court **ORDERS** Mr. Ashmore to file, by **JULY 15, 2016**, a brief on his motion to review the supersedeas bond. Appellees shall file any responsive brief **WITHIN TEN DAYS** of Mr. Ashmore's brief. The stay granted in this Court's June 20, 2016 order remains in effect.

/s/     ELIZABETH LANG-MIERS
          JUSTICE